# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | |
|---|---|
| **JOEL ROSS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **SEAWORLD PARKS & ENTERTAINMENT LLC, d/b/a BUSCH GARDENS WILLIAMSBURG** | ) Case No. 4:23-cv-109 |
| | ) |
| | ) |
| And | ) |
| | ) |
| **JOHN DOE** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The Parties, Plaintiff Joel Ross and Defendant SeaWorld Parks & Entertainment LLC, d/b/a Busch Gardens Williamsburg ("Busch Gardens"), each by their respective counsel, pursuant to Fed. R. Civ. P. 26(c), jointly request that the Court enter the attached "Stipulated Protective Order" (Ex. A) as documents relevant to this litigation involve confidential personal information.

WHEREFORE, movants respectfully request this Court enter the proposed Stipulated Protective Order.

WE ASK FOR THIS:

/s/ *Jeffrey P. Miller*
Ashley W. Winsky (VSB No. 79224)
Jeffrey P. Miller (VSB No. 89410)
Nia E. White (VSB No. 98455)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia 23218
Telephone: (804) 297-3704
winsky@gentrylocke.com
miller@gentrylocke.com
nwhite@gentylocke.com

*Counsel for SeaWorld Parks & Entertainment LLC, d/b/a Busch Gardens Williamsburg*


*/s/ Jared C. Birckholtz* (w/ permission)
Joshua J. Coe (VSB No. 80236)
Anthony M. Gantous (VSB No. 78186)
Jared C. Birckholtz (VSB No. 85064)
ANCHOR LEGAL GROUP, PLLC
5101 Cleveland Street, Suite 100
Virginia Beach, VA 23462

*Counsel for Joel Ross*