IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

Joel Ross,
    Plaintiff,

v.     Civil Action No. 4:23-cv-109

SeaWorld Parks & Entertainment, LLC,
d/b/a Busch Gardens Williamsburg, and
John Doe,
    Defendants.

## FINAL ORDER

This matter is before the Court on the parties' Stipulation of Dismissal (ECF No. 22), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal is WITH PREJUDICE, with each party to bear its own costs and attorneys' fees, and DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

                                  /s/
                            Elizabeth W. Hanes
                            United States District Judge

Newport News, Virginia
Date: January 23, 2024